In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-333 CV


____________________



SUPERIOR CARRIERS, INC., Appellant



V.



MICHAEL SEAN VINCENT, INDIVIDUALLY AND a/n/f OF


ASHLEY NICOLE VINCENT AND MICHAEL SEAN VINCENT II,


CYNTHIA MARIE VINCENT, LARRY JAMES VINCENT, SR.,


INDIVIDUALLY AND a/n/f OF LOGAN JAMES VINCENT, AND


SHARON MARIE VINCENT, Appellees






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-020433-C






MEMORANDUM OPINION


 In an "Agreed Motion to Vacate the Trial Court's Judgment Without Regard to the
Merits Pursuant to Settlement and to Dismiss Appeal," the parties ask this Court to remand
the case to the trial court to release the judgment in accordance with the parties' written
settlement agreement. The Court finds the motion complies with Tex. R. App. P. 42.1(a)(2). 
The parties inform the Court that they have reached an agreement to vacate the trial court's
judgment and remand the case to the trial court to effectuate the settlement in accordance
with the terms of the parties' agreement.


 It is, therefore, ORDERED that the judgment of the trial court is vacated and the cause
is remanded to the 128th District Court of Orange County, Texas, for further proceedings in
accordance with the agreement of the parties. Costs shall be assessed against the party
incurring such costs.

 VACATED AND REMANDED. 

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered October 12, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.